**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MIGUEL ANGEL BARAJAS-RAMIREZ,<br><br>                    Defendant. | Case No.: 15CR2618-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

     Upon motion of the United States of America and good cause appearing,

     IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

     IT IS SO ORDERED.

Dated: January 5, 2016

Hon. Janis L. Sammartino
United States District Judge